SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>         Plaintiff,<br><br>    vs.<br><br>C.J.K. Associates, LLC, Individually and d/b/a Applebee's Neighborhood Grill & Bar; Christian J. Knox, Individually and as Trustee of the Christian J. Knox Separate Property Trust, dated December 5, 1997,<br><br>         Defendants | Case No.: CIV.S 07-cv-02085-LEW-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF CHRISTIAN J. KNOX AND ORDER**<br><br>Complaint Filed: OCTOBER 4, 2007<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendant (Christian J. Knox) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41(a)(2). This case is to be remained open with remaining Defendant. Defendant (Christian J. Knox) is dismissed because Defendant is deceased.

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: December 7, 2007

/s/Scott N. Johnson
SCOTT N. JOHNSON
Plaintiff, In Pro Per

**IT IS SO ORDERED**.

Dated:  December 7, 2007

/s/ Ronald S. W. Lew
U.S. DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com