IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,                    No. CIV S-07-2085 LEW KJM

    vs.

C.J.K. ASSOCIATES, LLC,

        Defendant.               <u>ORDER</u>

_____/

        Plaintiff's motion for default judgment has been noticed for hearing on January 16, 2008. As provided by Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. Upon review of the motion and the documents in support, no oppositions having been filed, and good cause appearing therefor, THE COURT FINDS AS FOLLOWS:

        Service on the defendant association appears to be improper. The proof of service indicates a person other than the authorized agent for service of process was served with the summons. <u>See</u> docket no. 5; docket no. 10 (exhibit 4). Because service of summons does not comply with Federal Rule of Civil Procedure 4(h), the court will vacate the entry of default inasmuch as service of summons has not yet been properly effected.

/////

For the foregoing reasons, IT IS HEREBY ORDERED that:

1. The January 16, 2008 hearing on the motion for default judgment is vacated.

1. The default entered December 10, 2007 is vacated.

2. Plaintiff's motion for default judgment is denied without prejudice.

DATED: December 19, 2007.

_____
U.S. MAGISTRATE JUDGE

006
johnson-cjk.def