KATHLEEN E. FINNERTY (SBN 157638)
MARC B. KOENIGSBERG (SBN 204265)
GREENBERG TAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com
Koenigsbergm@gtlaw.com

Attorneys for Defendant
C.J.K. ASSOCIATES, LLC, individually and dba
APPLEBEE'S NEIGHBORHOOD GRILL & BAR

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>C.J.K. ASSOCIATES, LLC, individually and dba APPLEBEE'S NEIGHBORHOOD GRILL & BAR; CHRISTIAN J. KNOX, individually and as Trustee of the CHRISTIAN J. KNOX SEPARATE PROPERTY TRUST DATED DECEMBER 5, 1997,<br><br>  Defendants. | CASE NO. 2:07-CV-02085-LEW-KJM<br><br>**STIPULATED DISMISSAL AND ORDER THEREON**<br><br>**(FRCP 41(a)(1))**<br><br>**Complaint Filed: October 4, 2007** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1                                               Case No. 2:07-CV-02085-LEW-KJM
STIPULATED DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS HEREBY STIPULATED,** by and between the parties to this action, through their designated counsel, that this action be and is hereby dismissed with prejudice pursuant to FRCP, Rule 41(a)(1).

**IT IS SO STIPULATED.**

DATED:  February 28, 2008        SCOTT N. JOHNSON


By: /s/ Scott N. Johnson
     SCOTT N. JOHNSON
     Plaintiff, In Pro Per


DATED:  February 28, 2008        GREENBERG TAURIG, LLP


By: /s/ Kathleen E. Finnerty
     KATHLEEN E. FINNERTY
     MARC B. KOENIGSBERG
     Attorney for Defendant
     C.J.K ASSOCIATES, LLC,
     individually and dba APPLEBEE'S
     NEIGHBORHOOD GRILL & BAR

**IT IS SO ORDERED.**

DATED:  March 26, 2008

/s/ Ronald S. W. Lew
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com